IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREEN TREE SERVICING, LLC,

    Plaintiff,

vs.

WILLIAM F. FORD, CHRISTINE M. FORD,
and UNITED STATES OF AMERICA,

    Defendants.

Case No. 13-cv-289-JPG-DGW

**ORDER**

This matter comes before the Court on plaintiff Green Tree Servicing, LLC's motion for order of sale (Doc. 29).  The Court, having reviewed the pleadings filed herein and having taken judicial notice of the court file, is fully informed and advised.

THE COURT HEREBY FINDS AS FOLLOWS:

1. This Court entered a Judgment of Foreclosure, Summary Judgment, and Default Judgment in this matter on October 31, 2013 (Docs. 26 & 27).

2. Pursuant to said Judgment of Foreclosure, the period of redemption expired on February 1, 2014 (three months from the entry of the Judgment).

3. On October 31, 2013, a Special Commissioner was appointed for the purpose of selling the subject real estate at a public sale (Doc 26).

4. On February 4, 2014, the Special Commissioner conducted its sale of the parcel of realty commonly known as 705 Peers Avenue, Collinsville, Illinois, and legally described as follows:

>LOT 8 IN BLOCK 4 IN "UNION ADDITION TO COLLINSVILLE" REFERENCE BEING HAD TO THE PLAT THEREOF RECORDED IN THE RECORDER'S OFFICE OF MADISON COUNTY, ILLINOIS, IN BOOK OF PLATS "6" ON PAGE 69; SITUATED IN THE COUNTY OF MADISON, ILLINOIS.
>
>EXCEPT THE COAL, OIL, GAS AND OTHER MINERALS UNDERLYING SAID PREMISES AND THE RIGHT TO MINE AND REMOVE SAME.
>
>Property Index No.    13-2-21-27-17-306-016

5. Plaintiff was the winning purchaser at said sale with a credit bid of $119,037.31.

6. Plaintiff thereafter filed its Motion for Order Confirming Sale and Distribution and for Possession and attached the Report of Sale, the Receipt of Sale, the Certificate of Sale and the Certificates of Publication (Doc. 29) ("Motion").

7. There have been no objections to Plaintiff's Motion, nor have there been any assertions that the sale conducted by the Special Commissioner on February 4, 2014 should not be confirmed for any of the reasons set forth in 735 ILCS 5/15-1508(b).

8. Plaintiff, the first priority lienholder, is owed a total judgment of $114,274.56, plus post-judgment interest of $2,622.00, publication costs of $733.00, post-judgment expenses of $1,007.75, sale commission fee of $400.00, for a total of $119,037.31.

9. All notices required by 735 ILCS 5/15-1507(c) and 28 U.S.C. § 2002 were given.

10. The sale was fairly and properly conducted.

11. The Special Commissioner has in every respect proceeded in accordance with the terms of this Court's Judgment.

12. Justice has been done.

**THE COURT THEREFORE ORDERS AND DECREES AS FOLLOWS:**

A. Plaintiff's motion for an order approving the report of sale and distribution and for possession (Doc. 29) is **GRANTED**.

B.	The February 4, 2014 sale conducted pursuant to the Judgment of Foreclosure entered on October 31, 2013 is hereby **APPROVED**.

C.	The Report of Sale and Distribution filed by the Special Commissioner (Doc. 29) is approved, ratified and confirmed.

D.	The proceeds of the sale shall be distributed in accordance with the Report of Sale and Distribution (Doc 29).

E.	735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 of the Illinois Mortgage Foreclosure Law.

F.	Upon request of the Plaintiff, including its insurers, investors, and agents, and provided that all of the required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to Plaintiff, or its assignee, a deed sufficient to convey title.

G.	The Municipality or County may contact the below with concerns about the real property:

	Grantee or Mortgagee:	Federal National Mortgage Association
	Contact:	James Tiegen
	Address:	One South Wacker Drive, Suite 1400
		Chicago, IL 60606
	Telephone Number:	312-368-6200

H.	Plaintiff, including its insurers, investors, and agents, is entitled to and shall have possession of the premises as of a date 30 days after the entry of this Order, without further Order of Court, as provided by 735 ILCS 5/15-1701.

I.	The Sheriff of St. Clair County is directed to evict and dispossess William F. Ford a/k/a William Floyd Ford, Christine M. Ford, United State of America from the premises commonly known as 705 Peers Avenue, Collinsville, IL 62234.

J.	The Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

**IT IS SO ORDERED.**

**DATED:** March 20, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
